**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Case: 1:21−mj−00311 |
| : | Assigned To : Meriweather, Robin M. |
| : | Assign. Date : 3/15/2021 |
| : | Description: Complaint w/ Arrest Warrant |
| : | **18 U.S.C. §1512(c)(2)** |
| : | **(Obstruction of Congressional Proceeding)** |
| : | |
| **v.** : | **18 U.S.C. §§ 1752(a)(1) and (a)(2)** |
| : | **(Unlawful Entry)** |
| **MATTHEW EUGENE LOGANBILL:** | |
| : | **18 U.S.C. § 2(a)** |
| **Defendant.** : | **(Aiding and Abetting)** |
| : | |
| : | **40 U.S.C. §§ 5104(e)(2)(D) and 5104(e)(2)(G)** |
| | **(Violent Entry or Disorderly Conduct)** |

**UNDER SEAL**

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
AND ARREST WARRANT**

I, Michael D. Brown being first duly sworn, hereby depose and state as follows:

**PURPOSE OF AFFIDAVIT**

1. This Affidavit is submitted in support of a Criminal Complaint charging MATTHEW EUGENE LOGANBILL ("LOGANBILL") with violations of 18 U.S.C. §1512(c)(2) (Obstruction of a Congressional Proceeding); §§ 1752(a)(1), (a)(2) (Unlawful Entry), 40 U.S.C. § 5104(e)(2)(D) and 5104(e)(2)(G) (Violent Entry or Disorderly Conduct) and 18 U.S.C. § 2(a), as identified below.

2. I respectfully submit that this Affidavit establishes probable cause to believe that LOGANBILL, as a principal and an aider and abettor, violated:

   a. 18 U.S.C. §1512(c)(2) by corruptly interfering with, obstructing, and attempting to do the same, of an official proceeding, that is the Joint Session of Congress to count the electors for the Electoral College;

1

b. 18 U.S.C. § 1752(a)(1) and (2) by (1) knowingly entering or remaining in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impeding or disrupting the orderly conduct of Government business or official functions, engaging in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance; and,

c. 40 U.S.C. § 5104(e)(2)(D) and (G), willfully and knowingly uttering loud, threatening, or abusive language, or engaging in disorderly or disruptive conduct at any place in the Capitol Grounds or in any of the Capitol Buildings with the intent to disrupt the orderly conduct of official business, and parading, demonstrating, or picketing in any of the Capitol Buildings.

## BACKGROUND OF AFFIANT

3. I am a Special Agent with the Federal Bureau of Investigation ("FBI"). As such, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request an arrest warrant. I have served as a Special Agent with the FBI since in or about 2012. I am currently assigned to a squad that investigates violent

gang and drug criminal enterprises out of the Northern Virginia Resident Agency.  Over the course of my career, I have participated in a variety of criminal investigations and executed numerous arrest warrants.

4. The facts and information contained in this affidavit are based upon my personal knowledge, information obtained from state and federal law enforcement officers, and information provided by cooperating codefendants. All observations not personally made by me were relayed to me by the individuals who made them or are based on my review of reports, documents, and other physical evidence obtained during the course of this investigation. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.  The dates listed in this Affidavit should be read as "on or about" dates.

## STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE

**A.  Assault on the U.S. Capitol on January 6, 2021**

5. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

6. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.[1]

7. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States

---

[1] Throughout this Affidavit, wherever I use the term "Capitol" I am referring to the U.S. Capitol building.

Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m.  Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

8. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

9. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building.  The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

10. At such time, the certification proceedings still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

11. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 pm after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

12. During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

**B. Identification of LOGANBILL**

13. LOGANBILL is a 55-year-old white male who lives in Versailles, Missouri. LOGANBILL was initially brought to the attention of the FBI by two confidential witnesses, CW-1[2] and CW-2[3], who stated that they saw posts on social media that LOGANBILL had participated in the Capitol riots that occurred on January 6, 2021. LOGANBILL is a Federal Firearms dealer

---

[2] CW-1 provided information to FBI via tip line. CS-1 has no criminal record and the information provided by CS-1 has been corroborated through other sources.

[3] CW-2 provided information to FBI via tip line. CS-2 has no criminal record and the information provided by CS-2 has been corroborated through other sources.

5

in Missouri and owner a firearms store by the name of Tooth and Nail Armory which is located at in Gravois Mills, Missouri. The driver's license and Facebook photograph of LOGANBILL were obtained by law enforcement, and are consistent with one another. The Facebook photograph is Image (1) below.



Image (1) (LOGANBILL)

The FBI has identified LOGANBILL based on numerous pieces of information, including two FBI tip line reports, information obtained from open source and government databases, and the investigation described below.

### C. Interview of CW-1 and CW-2

14. On or about January 8, 2021, CW-1 reported to the FBI that an individual identified as LOGANBILL might have been involved in the United States Capitol Building incident that occurred on January 6, 2021. CW-1 noted that he/she was aware that LOGANBILL has been making concerning on-line statements related to January 6, 2021. CW-1 described as a "hot head" who had grown bitter over the last year because of the negative financial impact caused by the COVID-19 pandemic. CW-1 provided the FBI with a screenshot image of comments made by LOGANBILL (using the name "Tooth and Nail") that indicated that LOGANBILL was involved in the Capitol riots that can be seen in Image (2). Your affiant has reviewed the IP address for the LOGANBILL post, and public inquiry searches have confirmed that that IP address to a physical location in Alexandria, VA near Washington, D.C.

| tooth and nail | Posted 1/6/2021 21:49 (#8729198 - in reply to #8729027)<br>Subject: RE: Security DC. Dko this can be deleted if want. I am walking a thin line |
|---|---|
| (107.77.203.82) | I was there, There were PLENTY of cops there, what are they going to do to stop people wh<br>One cop screwed up and shot a woman through a window, in a closed door, wit other cops<br>What kicked off the rush was them shooting gas into the crowd at the base of the steps. I v<br>That further pissed off an already pissed bunch.<br><br>I was inside for 45 minutes didn't see anything destroyed, I heard someone broke some wi<br>Every body was yelling, but I didn't see either side getting violent, we were gassed inside a<br><br>Edited by tooth and nail 1/6/2021 22:16<br>Profile   My Site / Pics |
| IlliniFarmr | Posted 1/6/2021 21:52 (#8729213 - in reply to #8729198)<br>Subject: RE: Security DC. Dko this can be deleted if want. I am walking a thin line |
| | Friend, be careful, if you were in the building your name is in your profile, I'd take this |

Image (2) (Local Social Media Site Post by LOGANBILL)

7

CW-1 stated that LOGANBILL was extremely immersed in the paramilitary lifestyle, viewed himself as a patriot, and likely felt his actions at the Capitol on January 6, 2021, were justified.

15. On or about January 11, 2021, the FBI interviewed CW-2 who also provided a report to the FBI. CW-2 indicated that he/she did not know LOGANBILL to be a member of any subversive, violent groups, such as a militia or organized white supremacists. CW-2 provided two images to the FBI that it indicated were from LOGANBILL's Facebook account, that indicated that LOGANBILL had attended the "Stop the Steal" protest at the United States Capitol Building on January 6, 2021 that are shown in Images (3) and (4). The commentary associated with the images in Images (3) and (4) indicated that the user of the account (identified as belonging to LOGANBILL by CW-2) had "crawled under scaffolding and up those stairs, and into the Capitol."[4] Image(4) further shows images that your affiant is aware were taken from inside the




U.S. Capitol during the riot.

---

[4] Your affiant is aware that in anticipation of the Inauguration the scaffolding was wrapped with white canvas to create the appearance of a solid rise to a stage.

Image (3)                                                                                       Image (4)

### E.  Interview of LOGANBILL

16.   On January 13, 2021, LOGANBILL was interviewed by the FBI in Versailles, Missouri.  LOGANBILL admitted to traveling to Washington, D.C. to attend the "Stop the Steal" rally/protest on January 6, 2021.  LOGANBILL stated that he travelled by vehicle with like-minded individuals whom he declined to identify.  LOGANBILL said that the protest started at the Ellipse before the crowd marched into the Capitol Building.  LOGANBILL claimed he was not aware of any preexisting plan or plot to attempt to storm the U.S. Capitol Building.  LOGANBILL stated he was accompanied to the U.S. Capitol by protesters who were retired military veterans, but whom he declined to identify to the FBI.[5]  LOGANBILL indicated that he saw several protesters fighting with the police, and that he could see members of the group breach the police line from his position in the crowd.  LOGANBILL indicated that the police then fired tear gas canisters into the crowd, but that the protesters continued to surge toward the police apparently undeterred by the gas and the obvious efforts by law enforcement to hold the crowd back.

17.   LOGANBILL stated that he then ducked behind a storage container and donned a gas mask and helmet that he had brought with him.  He claimed he had brought these items to the protest because he was fearful that Antifa would infiltrate the rally/protest.  He then stated that after he emerged from behind the storage container, the police skirmish line and barricades were gone and he followed protesters and entered the U.S. Capitol through the doors that were near the scaffolding he thought was erected for the inauguration.  Although LOGANBILL acknowledged

---

[5] Your affiant is aware that a large number of individuals who were associated with an organized anti-government group, the "Oathkeepers," participated in violent acts during the U.S. Capitol on January 6, 2021.  Your affiant understands that members of the Oathkeepers include a large number of retired military veterans and law enforcement officers.

the firing of tear gas at the crowd police before he entered the Capitol, LOGANBILL stated he did not see any sign, nor did anyone tell him that he was entering a restricted area.  LOGANBILL admitted that the doors to the Capitol were lined by police officers, but he claimed that none of the officers instructed him or others to depart.  LOGANBILL said he did not see any police officers arrest anyone on the premises, and that he did not observe any violence between protesters and police, though he admitted the crowd literally pushed forward to enter the Capitol.  LOGANBILL added again that he did not personally damage any property, or participate in any acts of violence, and he did not believe he had committed any crimes.

18.     Contradicting his social media posts in which he said he had been in the Capitol for between 30 and 45 minutes, LOGANBILL told FBI special agents that he was inside the U.S. Capitol Building for approximately 10 to 15 minutes during which time he did not vandalize the building or engage in any violence with law enforcement.  LOGANBILL also stated he briefly spoke with one of the officers at the U.S. Capitol and told the officer "we came peacefully this time," but that "it would be different if we have to come again," or words to that effect.

### D. Other Evidence

19.     On or about January 18, 2021, Magistrate Judge G. Michael Harvey of the U.S. District Court for the District of Columbia approved of a search warrant of LOGANBILL's Facebook account ("Facebook Account").  A review of the return of that Facebook Account confirmed LOGANBILL's presence in the Capitol but also contradicted the version of events that he relayed to the FBI during his interview, and included the following information:

   a. The Facebook Account is in LOGANBILL's true name, and has numerous pictures of him, including images provided by CW-1; the account is further linked to one of LOGANBILL's known email address, contains information about his businesses,

and identifies as being from the town as LOGANBILL.  Thus your affiant believes the Facebook Account is owned and controlled by LOGANBILL.

b. The Facebook account contained also numerous statements and comments by LOGANBILL to others about his participation in and planning to travel to Washington, D.C. for the "Stop the Steal" rally on January 6, 2021.  The account contains an image of a road map plotting a path from his location in Missouri to Washington, D.C.

c. LOGANBILL's motivation appears in several discussions from the Facebook Account prior to January 6, 2021, in which LOGANBILL made numerous statements evidencing his opinion that the 2020 Presidential Election had been stolen, and that he wanted to do something about it.  For example, on January 4, 2021, LOGANBILL commented, "President Trump has been right on just about everything he said. . . . So when he says the election was rigged I'll bet my life on him being right . . . 74 million strong sir, we got your back" (ellipses in original).  On January 2, 2021, LOGANBILL posted another comment, "Thinking about heading to DC for the Stop the Steal rally."  LOGANBILL also indicated a desire to use violence prior to January 6, 2021.  For example, on December 19, 2020, LOGANBILL commented "*They haven't seen a riot, til our side gets started*" (emphasis added.)  On December 16, 2020, LOGANBILL sent Facebook comments directed to two members of the U.S. Senate, telling them that:

> We have witnessed the destruction of the very fiber of our freedom, the election process. Well over half of the American people no longer accept that we can have a fair election.  We have also watched the complacency of our judicial system in action.  If you do not possess the courage to fight against the evil that is destroying our once great nation so be it.  . . .  The American people are becoming desperate for truth and morality.  Politicians who don't represent that

11

and act for the hearts of the true Americans will be held accountable. Complacency is not an option.

d. LOGANBILL's posted additional comments on his Facebook Account about his activities while he was at the Capitol on January 6, 2021, and afterward. On January 6, 2021, LOGANBILL commented in response to a question in a post about whether he got into the U.S. Capitol, at approximately 4:56 pm EST, "Everything was fine all the way to the Capitol, we were near the front. I didn't see any push against the police line until after 8-10 tear gas canisters were fired into the crowed. *Then we pushed forward and broke the line into the Capitol.* Inside the Capitol was confrontational, but no Patriots hit any police that I was, they sprayed us down several times" (emphasis added). In another post on January 6, 2021, at approximately 8:00 PM EST, LOGANBILL replied to a comment on his page and stated, "*Shoving is not violence*, I have no idea what fading is (in this context). There was several antifa/blew who did – they ever claimed it. They also probably did the stabbing, The shooting was the police, we were close by when it happened having a discussion with the police heard it all over his radio. Were you there? Was whoever's reporting it there? No, there was no press anywhere inside the Capitol at that time" (emphasis added). On January 8, 2021, LOGANBILL responded to a comment on his Facebook Account in an apparent justification for his actions: "when there are 2, maybe 3, 'levels' of who the law apply's to – if at all. When the SCOTUS refuses to even hear grievances between states (their most basic job), when states don't follow their own Constitutions and allow un-elected bureaucrats to write sweeping edicts that effects peoples basic rights. Yes, yes, they no longer matter."

e. After widespread press accounts depicting the violence at the Capitol, on January 7, 2021, LOGANBILL made the following comment on his Facebook Account, "WHY were they lying on the floor? None of the Patriots had guns, if they would have had anything, it would have been a striking weapon –wouldn't you want to be on your feet and MOBILE ? ?☐☐ ♂ I'm just a dumb "terrorist" I guess." Your affiant understands that LOGANBILL's reference to persons lying on the floor was referring to members of Congress who were sheltering in place during the riot. On that same day, LOGANBILL further commented on his Facebook Account, "The 'widespread destruction' is total BS, there were a few , most likely antifa, that busted some windows, *the rest were there to show that "we" could take what we wanted peacefully. And we did,* afterwards we also walked out peacefully. Some cops just a bit belligerent and they got less cooperation, but no punches thrown or fighting of any kind that I saw" (emphasis added.) On January 7, 2021, LOGANBILL also commented on his Facebook account, "They saw how easy we took the Capitol- unarmed and peacefully, next time . . . ."

f. On January 8, 2021, LOGANBILL sent a message to another Facebook user from the Facebook Account and stated, "I was in there for 30-45 minutes, the confrontations were verbal only, and in every instance but 1 - the entrance to the house chamber- the LEO, either stepped aside, or backed up, letting us in. Granted it's a huge building, but the only damage I saw was a LEO busted a window with his asp, while closing a door." On the same date he commented on his Facebook Account, "Other than the senate chamber, the officers stepped aside and let everyone

13

      in. Even then, there were already many inside the chamber, I don't know where they gained access from."

  g. In another comment on the Facebook Account, on January 15, 2021, in response to a Facebook user who criticized LOGANBILL's role in the riot, LOGANBILL stated, "And even by your admission the Patriots were not armed. Surprising what a few Real men (and some old ladies) can do without burning one building, without looting one store, with nearly zero damage (that was your side) to the Capitol. You soy boys[6] could take note." On January 16, 2021, LOGANBILL further commented on the Facebook Account, "There was very little damage done, (again the BLM/antifa agitators) the cops stepped aside and let everyone in, there was no looting, and the vast majority left peacefully when asked, just as they did coming in," and "Didn't see any violence whatsoever, there were some suspiciously dressed individuals, and some who were grabbed and pushed out by patriots, actually one of my buddies sent 2 soy boys away."

  h. On January 6, 2021, LOGANBILL also posted numerous photographs and video from the Capitol. These images included material provided by CW-2 (Images 3 and 4). Other photographs recovered from the Facebook Account include:

---

[6] Your affiant understands the term "soy boy" to be a derogatory term used by certain people to denigrate individuals they perceive as lacking masculine characteristics (because they drink soy milk instead of cow milk).

 

Image (5)     Image (6)

Your affiant believes that Image (5) appears to be a photograph of LOGANBILL unmasked outside the U.S. Capitol, and that Image (6) depicts LOGANBILL wearing a gas mask inside the U.S. Capitol and outside Capitol building.

20. Your affiant has also reviewed body worn camera footage from officers inside the U.S. Capitol and surveillance video inside the U.S. Capitol on January 6, 2021. Your affiant has located footage of law enforcement officers inside the U.S. Capitol Rotunda showing LOGANBILL and other persons being directed to leave the U.S. Capitol area. Still images from the video can be seen in Images (7) and (8).

15



Image (7)



(Image 8)

In one instance depicted on the video, law enforcement officers are moving inside the U.S. Capitol Building, in the Rotunda area, and are actively directing rioters to leave the area. During that effort, one uniformed law enforcement officer personally directed LOGANBILL, "You gotta go." During this encounter other protestors next to LOGANBILL are yelling and cursing at police for making them leave. Even though there are other people leaving the area through one of the entry ways, LOGANBILL responded to the officer "They won't let us go that way," and he did not leave the area until he is physically pushed on the arm by one of the officers, after which time he left the Rotunda area.

## **CONCLUSION**

21.     Based on the foregoing, your affiant believes there is probably cause to believe that on or about January 6, 2021, LOGANBILL, as a principal and an aider and abettor, violated several criminal statutes.

22.     First, your affiant submits there is probable cause to believe that LOGANBILL violated 18 U.S.C. § 1512(c)(2), which makes it a crime to obstruct, influence, or impede any official proceeding, or attempt to do so. Under 18 U.S.C. § 1515, congressional proceedings are official proceedings, and the counting of the electoral votes was such a proceeding.

23.      Second, your affiant submits that there is probable cause to believe violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions.

24.     Finally, your affiant submits there is also probable cause to believe that LOGANBILL  violated 40 U.S.C. § 5104(e)(2), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

I respectfully request that the court issue an arrest warrant for LOGANBILL. The statements above are true and accurate to the best of my knowledge and belief.

_____
SPECIAL AGENT MICHAEL D. BROWN
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this <u>16th</u> day of March, 2021.

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE