UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No.   21-CR-00593 (ABJ) |
| MATTHEW EUGENE LOGANBILL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF FILING

The Defense hereby files notice of the defendant's agreement to be bound by the Protective Order in the above-captioned matter.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
CARA HALVERSON
Assistant Federal Public Defender
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
Cara_halverson@fd.org

1

## ATTACHMENT A

### Defendant's Acceptance

I have read this Protective Order and carefully reviewed every part of it with my a

fully satisfied with the legal services provided by my attorney in connection v

ive Order and all matters relating to it. I fully understand this Protective O

nly agree to it. No threats have been made to me, nor am I under the influence of

ld impede my ability to understand this Protective Order fully.

11-16-21                                                    _[signature]_
_____                              _____
                                                MATTHEW LOGANBILL
                                                Defendant