# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MATTHEW EUGENE LOGANBILL,**<br><br>Defendant. | Case No. 21-cr-593 (ABJ) |

## ORDER

It is hereby

**ORDERED** that Defendant's Motion to Vacate the status hearing set for January 7, 2022 (ECF No. 27) is **GRANTED IN PART** and **DENIED IN PART**. It is further

**ORDERED** that the status hearing before the undersigned is **CONTINUED** until September 8, 2022. It is further

**ORDERED** that, if the prosecution concludes prior to that date, counsel shall promptly file a joint status update proposing an alternative date for the status hearing. It is further

**ORDERED** that the Federal Public Defender's Office shall continue to track the billable hours expended in its representation of Defendant.

**SO ORDERED**.

Dated: January 3, 2022

_____
G. Michael Harvey
United States Magistrate Judge