UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                           )<br>MATTHEW EUGENE LOGANBILL,   )<br>)<br>Defendant.                       )<br>_____) | No.   21-CR-593 (ABJ) |

**JOINT MOTION TO CONTINUE STATUS AND PRELIMINARY HEARING**

Mr. Matthew Loganbill, through undersigned counsel, and joined by the United States, requests that this Honorable Court continue the status hearing currently scheduled for March 2, 2022, and as grounds states:

1. On March 16, 2021, Mr. Loganbill was charged in U.S. District Court for the District of Columbia via criminal complaint with Obstruction of a Congressional Proceeding, in violation of 18 U.S.C. §1512(c)(2), Unlawful Entry, in violation of 18 U.S.C. §§ 1752(a)(1) and (a)(2); Aiding and Abetting, in violation of 18 U.S.C. § 2(a), and Violent Entry and Disorderly Conduct, in violation of 40 U.S.C. §§ 5104(e)(2)(D) and (G).  On or about March 29, 2021, Mr. Loganbill was arrested and presented in the District of Missouri.   On or about April 2, 2021, Mr. Loganbill was presented in the District of Columbia.  Since his arrest, Mr. Loganbill has been on released on his personal recognizance subject to conditions.  *See* ECF No. 6.

2. Since on or about April 2, 2021, Mr. Loganbill had been represented by Cara Halverson of the Federal Public Defender Service for the District of Columbia ("FPD-DC").  On or about February 11, 2022, Ms. Halverson left FPD-DC, and Mr. Loganbill's case is temporarily assigned to Ms. Michelle Peterson, who will be reassigning the case within FPD-DC.

3. The defendant was indicted by the Grand Jury, and arraigned before the Court on September 28, 2021. This Court has since entered a Protective Order governing discovery, and the government has been providing substantial discovery in the interim. The production of discovery material is continuing.

4. This Court held another status hearing on December 6, 2021, and scheduled the next status hearing for March 2, 2022.

5. The Court has tolled the Speedy Trial Act in this matter since April 2, 2021. The Chief Judge's most recent COVID Standing Order (22-07) has further recognized that due to the ongoing circumstances of the COVID outbreak, that the period of time until May 13, 2022 should be excluded from the Speedy Trial Act.

6. Given the need to obtain new counsel, and the ongoing discovery, both the defense and the government believe a continuance of the hearing is appropriate. Accordingly, the parties now jointly move this Court to continue the status hearing scheduled for March 2, 2022, for a period of approximately six (6) weeks. Such a continuance will allow new counsel to be appointed for Mr. Loganbill, and allow for continued production of discovery material. The parties suggest that the new status date be assigned the week of April 18, 2022.

7. The parties also request that time be excluded from calculation, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, until the date of the continued status in this matter. The parties submit that a continuance of the status hearing for approximately six (6) weeks is warranted and that an order excluding time would best serve the interests and ends of justice and outweigh the interests of the public and defendant in a speedy trial. Mr.

Loganbill has been consulted, and he agrees to this continuance and a further tolling under the Speedy Trial Act.

WHEREFORE, Mr. Loganbill asks in conjunction with the United States, that this Honorable Court continue the hearing currently scheduled for March 2, 2022 for approximately six (6) weeks, and toll time under the Speedy Trial Act until the next status hearing date.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
MICHELLE PETERSON
Assistant Federal Public Defender
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
Shelli_Peterson@fd.org


MATTHEW M. GRAVES
UNITED STATES ATTORNEY

_____/s/_____
Tejpal Singh Chawla
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7280
tejpal.chawla@usdoj.gov