UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                                               )<br>MATTHEW EUGENE LOGANBILL,       )<br>)<br>Defendant.                                      )<br>_____)  | No.    21-CR-593 (ABJ) |

### JOINT MOTION TO CONTINUE STATUS CONFERENCE

Mr. Matthew Loganbill, through undersigned counsel, and the United States, by and through its counsel the U.S. Attorney for the District of Columbia, request that this Honorable Court continue the status hearing currently scheduled for April 21, 2022, and as grounds states:

1. On March 16, 2021, Mr. Loganbill was charged in U.S. District Court for the District of Columbia via criminal complaint with Obstruction of a Congressional Proceeding, in violation of 18 U.S.C. §1512(c)(2), Unlawful Entry, in violation of 18 U.S.C. §§ 1752(a)(1) and (a)(2); Aiding and Abetting, in violation of 18 U.S.C. § 2(a), and Violent Entry and Disorderly Conduct, in violation of 40 U.S.C. §§ 5104(e)(2)(D) and (G).  On or about March 29, 2021, Mr. Loganbill was arrested and presented in the District of Missouri.   On or about April 2, 2021, Mr. Loganbill was presented in the District of Columbia.  Since his arrest, Mr. Loganbill has been on released on his personal recognizance subject to conditions.  *See* ECF No. 6.

2. Since on or about April 2, 2021, Mr. Loganbill was represented by Cara Halverson of the Federal Public Defender Service for the District of Columbia ("FPD-DC").  In January, 2022, Ms. Halverson left FPD-DC, after which Mr. Loganbill's case was temporarily assigned to Ms. Michelle Peterson for permanent reassignment of the case within FPD-DC.

3. On March 14, 2022, undersigned counsel joined the FPD-DC and was assigned Mr. Loganbill's case as well as several other January 6 cases and other criminal matters, including one matter scheduled for a jury trial on May 4, 2022.

4. The defendant was indicted by the Grand Jury, and arraigned before the Court on September 28, 2021.  This Court has since entered a Protective Order governing discovery, and the government has been providing substantial discovery in the interim.  The production of discovery material is continuing.  Since the last status date, the government has continued to provide significant discovery material to the defense, including voluminous materials through the USAFx portal and the shared Relativity database.

5. The Court has tolled the Speedy Trial Act in this matter since April 2, 2021.  The Chief Judge's most recent COVID Standing Order (22-07) has further recognized that due to the ongoing circumstances of the COVID outbreak, that the period of time until May 13, 2022 should be excluded from the Speedy Trial Act.

6. Given the need for new counsel to get up to speed on the case, and the ongoing discovery, both the defense and the government believe a continuance of the hearing is appropriate.  Accordingly, the parties now jointly move this Court to continue the status hearing scheduled for April 21, 2022, for sixty (60) days. Such a continuance will allow for undersigned defense counsel to review discovery provided to date and for ongoing discovery. The parties suggest that the new status and preliminary hearing date be assigned the week of June 20, 2022.

7. The parties also request that time be excluded from calculation, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, until the date of the continued status and preliminary hearing

in this matter. The parties submit that a continuance of the status hearing for approximately six (6) weeks is warranted and that an order excluding time would best serve the interests and ends of justice and outweigh the interests of the public and defendant in a speedy trial. Mr. Loganbill has been consulted, and he agrees to this continuance and a further tolling under the Speedy Trial Act.

WHEREFORE, Mr. Loganbill asks in conjunction with the United States, that this Honorable Court continue the status and preliminary hearing currently scheduled for April 21, 2022, for six (6) weeks, and toll time under the Speedy Trial Act until the next status hearing date.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
ELIZABETH A. MULLIN
Assistant Federal Public Defender
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
Elizabeth_Mullin@fd.org

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

_____/s/_____
Tejpal Singh Chawla
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7280
tejpal.chawla@usdoj.gov